# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| TANGULA S. KHAN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. 1:22cv265 LG-BWR |
| | * | |
| SAM'S WEST, INC. D/B/A SAM'S CLUB | * | |
| JOHN DOES 1 -5 | * | |
| | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF REMOVAL

TO:  THE UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF MISSISSIPPI
     SOUTHERN DIVISION

Defendant, Sam's West, Inc., ("Sam's") gives notice pursuant to 28 U.S.C. §§ 1441 and 1446 that this cause is hereby removed from the Circuit Court of Harrison County, Mississippi, to the United States District Court for the Southern District of Mississippi, Southern Division. As grounds for this removal, Defendants show as follows:

1. An action was commenced against Sam's in the Circuit Court of Harrison County, Mississippi, entitled "*Tangula S. Khan,* Plaintiff *v. Sam's West, Inc.*" Civil Action No. 24CI1:22-CV-00202. The State Court File is attached hereto as "Exhibit A".

2. According to the Circuit Clerk's office for the Circuit Court of Harrison County, Mississippi, service of the initial pleading setting forth Plaintiffs' claims for relief was affected upon Sam's on June 29, 2022, which was Sam's first actual notice of this action.

3. This notice of removal is filed in the United States District Court for the Southern District of Mississippi, Southern Division, within thirty days of receipt by the Defendant of other papers setting forth the claim for relief upon which Plaintiff's action is based in accordance with 28 U.S.C. § 1446(b)(1). The Circuit Court of Harrison County, Mississippi, is within this Court's district and division; therefore, this action is properly removable to this Court under 28 U.S.C. § 1441(a) & (b).

4. This Court has diversity jurisdiction over this matter pursuant to the provisions of 28 U.S.C. § 1332 since the parties are diverse and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

5. Plaintiff is now and at all times material hereto, including at the time of the commencement of this action and this Notice of Removal, a citizen of the State of Mississippi. In her Complaint, Plaintiff states that she is a resident of Mississippi. (Complaint, ¶ 1.)

6. Defendant Sam's West, Inc., is now and was at the commencement of this action, organized under the laws of the State of Arkansas, with its principal place of business in Arkansas.

7. Plaintiff's Complaint seeks actual/compensatory damages for personal injuries to Plaintiff, Tangula Khan, including "serious injuries" including pain, swelling, abrasions, tenderness, decreased range of motion, decreased strength, instability, use of medical devices, prescriptions and/or surgical remedies involving her right big toe, right knee, back, neck, and/or other injuries which will be shown at trial. In addition, Plaintiff alleges she incurred past and future medical expenses, past and future pain and suffering, disfigurement, disabling permanent bodily injuries, loss of enjoyment of life, attorney's fees, mental and emotional suffering, past and future lost wages, and aggravation of pre-existing conditions. (Complaint, ¶s 13, 14 and unnumbered paragraph following ¶ 15 ).

8. In her Complaint, Plaintiff did not request a specific amount of damages. Therefore, on July 29, 2022, Sam's propounded requests for admissions to Plaintiff as to the amount in controversy.

On August 29, 20122, the Plaintiff filed her answers to Sam's requests for admissions denying that the damages did not exceed $75,000.00, denying that the amount in controversy did not exceed $75,000.00, exclusive of interest and costs, and otherwise answering in a manner establishing that the jurisdictional amount in controversy had been met (Exhibits "B" and "C").

9. This action may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441, as amended, because this action is a civil action of which the United States District Courts have original jurisdiction under 28 U.S.C. § 1332.

10. Pursuant to 28 U.S.C. §1446 (d), a true and correct copy of this Notice of Removal is filed with the Clerk of the Circuit Court of Harrison County, Mississippi, and a written notice of this removal has been served on all adverse parties as required by law.

11. If any questions arise as to the propriety of the removal of this action, Defendant requests the opportunity to present a brief and oral argument in support of its position that this cause is removable.

Respectfully submitted this 27th day of September, 2022.

/s/ W. Pemble DeLashmet
W. PEMBLE DELASHMET  (MS 8840)
wpd@delmar-law.com
CHAD C. MARCHAND      (MS 102752)
ccm@delmar-law.com
MIGNON M. DELASHMET  (MS 2896)
mmd@delmar-law.com
KEITH B. FRANKLIN      (MS 105376)
kbf@delmar-law.com
*Attorneys for Defendant Sam's West, Inc.*

OF COUNSEL:

DELASHMET & MARCHAND, P.C.
Post Office Box 2047
Mobile, AL  36652
Telephone:	(251) 433-1577
Facsimile:	(251) 433-7994

CERTIFICATE OF SERVICE

      I hereby certify that I have on this day September 27, 2022 served a copy of the foregoing document upon counsel as listed below by Court's Electronic Filing System, e-mail, and/or depositing the same in the U. S. Mail, postage prepaid and properly addressed.

Christopher C. "Stopher" Haug
Haug & Farrar, PLLC
528 Jackson Avenue
Ocean Springs, MS 39564

                                              */s/ W. Pemble DeLashmet*
                                              OF COUNSEL